# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**FREDRICK ARTHUR EMANUEL**                                                    **PLAINTIFF**

**v.**                                   **Case No. 4:25-cv-00711-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                           **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 11). No objections have been filed, and the time to do so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.[1]

DATED this 10th day of June 2026.

 

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Technical changes have been made from the RD with respect to the disposition of this case.