**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FREDRICK ARTHUR EMANUEL**                                                          **PLAINTIFF**

**v.**                                              **Case No. 4:25-cv-00711-LPR**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Commissioner's decision is AFFIRMED.  Judgment is entered in favor of

the Commissioner.

IT IS SO ADJUDGED this 10th day of June 2026.

 

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE